McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| RAUL ORTEGA,<br><br>    Plaintiff,<br><br>vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-00259-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pursuant to paragraph 12 of the Scheduling Order (Dkt. 5), IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from October 30, 2019 to November 29, 2019. This is the parties' first stipulation for an extension. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                              Respectfully submitted,

Dated: October 30, 2019        /s/ *Jonathan O. Pena*
                                    (*as authorized via e-mail on October 30, 2019)
                                    JONATHAN O. PENA
                                    Attorney for Plaintiff

| | |
|---|---|
| DATED: October 30, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/ *Ellinor R. Coder*<br>ELLINOR R. CODER<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 15), for good cause shown, Defendant shall have until November 29, 2019, to file his responsive brief. All other deadlines in the scheduling order, (Doc. 5), are modified accordingly.

IT IS SO ORDERED.

Dated:   **October 31, 2019**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE